ORIGINAL

FILED
OCT 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

**STANLEY ASSOCIATES, INC.,**

**Plaintiff,**

**v.**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**CASE NUMBER** 07-732 C

**STATEMENT OF RELATED CASES**

Pursuant to Rule 40.2 of the Rules of the United States Court of Federal Claims, Stanley Associates, Inc. ("Stanley"), submits the foregoing statement of related cases. Serco, Inc., Civ. 07-619C, is currently pending before this Court. The Serco, Inc. ("Serco") bid protest concerns the same GSA procurement that is at issue in Stanley's protest. The Serco case was assigned to Judge Allegra. Stanley believes that assignment to Judge Allegra would conserve judicial resources. However, Stanley does not request consolidation of its protest with Serco's protest.

Previous GAO bid protests related to Stanley's protest were dismissed by GAO on October 17, 2007, pursuant to Bid Protest Regulation 21.11, on the grounds that they were the subject of litigation before a Court of competent jurisdiction. GAO dismissed the protests set forth below before deciding any of the issues presented on the merits:

| | |
|---|---|
| B-299557.002 | STG Inc. |
| B-299557.003 | Stanley Associates, Inc. |

| | |
|---|---|
| B-299557.004 | The Centech Group, Inc. |
| B-299557.005 | STG Inc. |
| B-299557.006 | ARTEL, Inc. |
| B-299557.007 | Client Network Services, Inc. |
| B-299557.008 | Nortel Government Solutions, Inc |
| B-299557.009 | Advanced Technology Systems, I |
| B-299557.010 | Apptis Inc. |
| B-299557.011 | CGI Federal, Inc. |

Respectfully submitted,

Susan Schor

Susan L. Schor
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
202-296-9260
202-659-3732 fax
Counsel of Record for Stanley Associates, Inc.

Dated: October 18, 2007

Of Counsel:
Laurence Schor, D.C. Bar No. 11494
sschor@msadlaw.com
Dennis C. Ehlers, D.C. Bar No. 478721
dehlers@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by telefax this 18th day of October 2007 on:

Joseph J. Petrillo, Esq.
Petrillo & Powell, PLLC
5335 Wisconsin Ave., Suite 440
Washington, D.C. 20015
(202) 887-0405
(202) 478-1656 (fax)

*Counsel for the Serco, Inc.*

Kyle Chadwick, Esq.
John Todor, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
202-616-0476
(202) 305-7644 (fax)

*Counsel for the General Services Administration*

Susan Schor
Susan L. Schor