FILED
OCT 18 2007
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Bid Protest)

| | |
|---|---|
| STANLEY ASSOCIATES, INC., Plaintiff, v. THE UNITED STATES, Defendant. | Case No.: 07-732 C |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to U.S. Court of Federal Claims Rule 7.1, Plaintiff Stanley Associates, Inc. ("Stanley Associates") hereby submits its Disclosure Statement. Stanley Associates is a wholly-owned subsidiary of Stanley, Inc. Stanley, Inc. is publicly traded on the NYSE and owns the stock of Stanley Associates.

Respectfully submitted,

sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
202-296-9260
202-659-3732 fax
Counsel for Stanley Associates, Inc.

Dated: October 18, 2007

Of Counsel:
Laurence Schor, D.C. Bar No. 11494
sschor@msadlaw.com
Dennis C. Ehlers, D.C. Bar No. 478721
dehlers@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.