ORIGINAL

FILED
OCT 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| **STANLEY ASSOCIATES, INC.,** <br> **Plaintiff,** <br> v. <br> **THE UNITED STATES OF AMERICA,** <br> **Defendant.** | **CASE NUMBER** 07-732 C |

# MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to the Rules of the Court of Federal Claims, Appendix C, Plaintiff Stanley Associates, Inc. ("Stanley"), respectfully requests leave of the Court to file its Complaint under seal. The Complaint contains confidential and proprietary business information relating to Plaintiff and its proposal under the solicitation at issue. It also contains information about the Government's source selection process disclosed to Stanley in its debriefing. Stanley is simultaneously filing a redacted copy of the Complaint. After conferring with Defendant's counsel, Plaintiff will move for the issuance of a protective order.

Respectfully submitted,

Susan L. Schor D.C. Bar No. 961441
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W., Ninth Floor
Washington, D.C. 20005
202-296-9260
202-659-3732 fax
Counsel of Record for Stanley Associates, Inc.

Dated: October 18, 2007

Of Counsel:
Laurence Schor, D.C. Bar No. 11494
sschor@msadlaw.com
Dennis C. Ehlers, D.C. Bar No. 478721
dehlers@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.