ORIGINAL

FILED
OCT 18 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| **STANLEY ASSOCIATES, INC.,** <br> **Plaintiff,** <br> v. <br> **THE UNITED STATES,** <br> **Defendant.** | Case No.: 07-732 C |

**STANLEY ASSOCIATES, INC.'S**
**MOTION FOR PROTECTIVE ORDER**

Pursuant to the Rules of the United States Court of Federal Claims, plaintiff Stanley Associates, Inc. ("Stanley"), by undersigned counsel, respectfully moves this Court to enter a protective order that limits the disclosure of the pleadings, motions, documents, and materials constituting the court file for the above-captioned matter. In support of its motion, Stanley states as follows:

1. The matter *sub judice* concerns the procurement of a Government-wide Acquisition Contracts ("GWACs") for the Alliant program, a 10-year $50 billion best-value procurement that contemplated the award of multiple indefinite-delivery, indefinite-quantity ("ID/IQ") GWACs for long-term integrated Information Technology (IT) solutions on a global basis.

2. Certain information that may necessarily be disclosed orally or in writing during this action is proprietary to Stanley, is confidential, and is otherwise protectable and which provides Stanley with a valuable competitive advantage in the market place.

3. Disclosure of such Stanley proprietary, confidential, and otherwise protectable information, other than for the purposes of this litigation, would cause serious competitive harm to Stanley and negatively impact the integrity of the procurement process.

4. Stanley seeks a Protective Order from this Court mandating that access to the pleadings, motions, documents, and materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, be subject to, and protected by, the terms and conditions of the Protective Order.

WHEREFORE, Stanley respectfully requests that the Court issue a Protective Order and make it applicable to this and all related and/or subsequent proceedings, thereby restricting access to the pleadings, motions, documents, and materials constituting the court file for the above-captioned matter, as well as all related and/or subsequent proceedings, to only those persons admitted to the Protective Order and pursuant to the terms thereof.

Respectfully submitted,

Dated: October 18, 2007

Susan L. Schor, D.C. Bar No. 961441
sschor@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.
1155 15th Street, N.W.
Ninth Floor
Washington, D.C. 20005
(202) 296-9260
(203) 659-3732 (facsimile)
Counsel of record for Stanley Associates, Inc.

Dated: October 18, 2007

**Of counsel:**
Laurence Schor, D.C. Bar No. 11494
lschor@msadlaw.com
Dennis C. Ehlers, D.C. Bar No. 478721
dehlers@msadlaw.com
McManus, Schor, Asmar & Darden, L.L.P.