**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**Bid Protest**

| | | |
|---|---|---|
| STANLEY ASSOCIATES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-00732 C (Judge Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION BY ELECTRONIC DATA SYSTEMS CORPORATION TO INTERVENE AS DEFENDANT**

Pursuant to Rule 24 of the United States Court of Federal Claims, Electronic Data Systems Corporation ("EDS") seeks permission to intervene as a party defendant in this action. The United States consents to this motion. Plaintiff also consents to this motion.

This is a bid protest challenging multiple contract awards by the General Services Administration. EDS is an awardee of one such contract and therefore has a direct interest in the outcome of this case. This Court routinely allows contract awardees to intervene as party-defendants in bid protests. *JWK Int'l Corp. v. United States*, 49 Fed. Cl. 371, 385 (2001), *aff'd*, 279 F.3d 983 (Fed. Cir. 2001); *Dubinsky v. United States*, 43 Fed. Cl. 243, 252 (1999); *Candle Corp. v. United States*, 40 Fed. Cl. 658, 662 (1998); *GraphicData, LLC v. United States*, 37 Fed. Cl. 771, 777 (1997).

EDS has a right to intervene under Rule 24(a), which states that a person may intervene as a matter of right when:

> the applicant claims an interest relating to the property or transaction which is the subject of the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties.

RCFC 24(a). As an awardee, EDS has important interests at stake in this case, and its disposition clearly could impair those interests. The protester, Stanley Associates, Inc. ("Stanley"), seeks to overturn or re-open the awards, including that to EDS. EDS has an interest in preserving its right to perform the contract and earn benefits accruing from that performance.

EDS's interests are not adequately represented by the Government. The Government's interest in defending bid protests typically includes preserving the discretion of agency officials and enabling itself to proceed with procurements without undue delay. EDS's interest is to preserve its ability to perform.

Alternatively, EDS moves for permissive intervention under Rule 24(b)(2), as (1) EDS's motion was timely filed one business day after the Complaint was filed; (2) EDS's "claim or defense and the main action have a question of law or fact in common;" and (3) EDS's intervention will not unduly delay or prejudice the adjudication of the action. RCFC 24(b)(2).

WHEREFORE, EDS moves that it be permitted to intervene as a party-defendant in this action.

Respectfully submitted,

/s/
John E. McCarthy, Jr., Esq.
Counsel of Record
Daniel R. Forman, Esq.
Richard W. Arnholt, Esq.
CROWELL & MORING, LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Tel. (202) 624-2633
Fax (202) 628-5116

Counsel for EDS

Dated: October 19, 2007

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of October, 2007, a copy of the foregoing Motion by Electronic Data Systems Corporation to Intervene as Defendant was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/

John E. McCarthy, Jr., Esq.