IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STANLEY ASSOCIATES, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-732-C |
| | ) | (Judge Francis Allegra) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**Motion to Intervene By Indus Corporation**

Indus Corporation ("Indus"), by and through its undersigned counsel, moves this court for leave to intervene as a Defendant in this action.

Indus is an awardee under the procurement presently under protest. As an Awardee in this disputed contract award, Indus is an interested party to this litigation and should be permitted to intervene. Under this Court's rules, Indus has a right to intervene where "the applicant is so situated that the disposition of the action as a practical matter may impair or impede the applicant's ability to protect [its] interest." USCoFC Rule 24(a). The applicant is authorized to represent that neither the plaintiff nor the defendant oppose this motion to intervene.

For all of the forgoing reasons, Indus requests that this court grant its motion to intervene in the above captioned matter.

Respectfully Submitted,

/s/ William T. Welch

William T. Welch (Counsel of Record)
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101
(703) 448-1810 tele
(703) 448-3336 fax

Dated: October 22, 2007

of Counsel:
John R. Tolle
Barton, Baker, McMahon & Tolle, LLP
1320 Old Chain Bridge Road, Suite 440
McLean, VA 22101