# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## Bid Protest

| | | |
|---|---|---|
| **STANLEY ASSOCIATES, INC.,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 07-732 C** |
| | ) | **Judge Allegra** |
| **THE UNITED STATES,** | ) | |
| **Defendant,** | ) | |
| **and** | ) | |
| **INTERNATIONAL BUSINESS MACHINES CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |
| **and** | ) | |
| **ELECTRONIC DATA SYSTEMS CORPORATION,** | ) | |
| **Defendant-Intervenor.** | ) | |

**MOTION TO INTERVENE OF GENERAL DYNAMICS ONE SOURCE, LLC**

Pursuant to Rule 24(a)(2) of Rules of the United States Court of Federal Claims ("RCFC"), General Dynamics One Source, LLC ("GD") moves to intervene in the above-captioned case. GD seeks to intervene to defend its award of one contract under the multiple award contract that resulted from General Services Administration ("GSA") solicitation number TQ2006MCB0001.

Respectfully submitted,

s/ David A. Churchill

______________________________

David A. Churchill, Counsel of Record
JENNER & BLOCK, LLP
601 Thirteenth Street, N.W.
Suite 1200 South
Washington, DC. 20005
Telephone: (202) 639-6056
Facsimile: (202) 637-6365

Counsel of Record for Intervenor,
General Dynamics One Source, LLC

*Of Counsel:*
W. Jay DeVecchio
Kevin C. Dwyer
JENNER & BLOCK, LLP

Dated: October 22, 2007